UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | CHAPTER 7 |
| NATIONAL FISH AND SEAFOOD, INC. ) | CASE NO. 19-11824-FJB |
| ) | |
| Debtor. ) | |
| ) | |
| JOHN O. DESMOND, CHAPTER 7 ) | |
| TRUSTEE FOR NATIONAL FISH AND ) | |
| SEAFOOD, INC. ) | |
| ) | ADVERSARY PROCEEDING |
| Plaintiff, ) | NO. 21-01062-FJB |
| v. ) | |
| ) | |
| CHANNEL FISH PROCESSING CO., ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) and Fed. R. Bankr. P. 7041, the parties hereby stipulate that this adversary proceeding be dismissed with prejudice, without costs, and with the parties waiving all rights of appeal.

[remainder of page left blank]

11691052v1

1

Respectfully Submitted,

| | |
|---|---|
| JOHN O. DESMOND, CHAPTER 7 TRUSTEE OF NATIONAL FISH AND SEAFOOD, INC., | CHANNEL FISH PROCESSING CO., INC., |
| By his attorneys, | By its attorney, |
| */s/ Zachary J. Gregoricus*<br>Thomas S. Vangel, BBO #552386<br>Jonathan M. Horne, BBO #673098<br>Zachary J. Gregoricus, BBO #699578<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 457-4000 Telephone<br>(617) 482-3868 Facsimile<br>tvangel@murthalaw.com<br>jhorne@murthalaw.com<br>zgregoricus@murthalaw.com | */s/ Theodore J. Folkman*<br>Theodore J. Folkman (BBO No. 647642)<br>FOLKMAN LLC<br>53 State St., Suite 500<br>Boston, MA 02109<br>(617) 219-9664<br>ted@folkman.law |

Dated: September 9, 2021

**CERTIFICATE OF SERVICE**

    I, Zachary J. Gregoricus, hereby certify that on this 9th day of September, 2021, a copy of this document was filed through the ECF system which will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

                                                   */s/ Zachary J. Gregoricus*
                                                   Zachary J. Gregoricus